UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-6384-MWF(RAOx)**                    Date:  March 09, 2026

Title   ***Naeen Seirafi v. Binance Holdings Ltd., et al.***

Present:  The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 14, 2025.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on October 13, 2025.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept Proof of Service of the Summons and Complaint no later than **APRIL 3, 2026**.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **APRIL 3, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.

Plaintiff is urged to review the Self-Representation Order filed July 15, 2025.  (Docket No. 11).   The Court cannot provide advice to any party, including pro se litigants.  The Court notes that a party to this lawsuit does not have a lawyer. Parties in court without a lawyer are called "*pro se* litigants."  These parties often

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 25-6384-MWF(RAOx)**                          Date:  March 09, 2026

Title          ***Naeen Seirafi v. Binance Holdings Ltd., et al.***

face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.